**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SADEH DANESH,

    Petitioner,

                                                  Case No. 00-CV-74409-DT

v.

                                                  HONORABLE DENISE PAGE HOOD

CAROL JENIFER and JOHN ASHCROFT,

    Respondent.

_____/

**ORDER VACATING JUDGMENT AND DISMISSING CASE AS MOOT**

In light of the Sixth Circuit Court of Appeal's Order filed February 4, 2005 directing this Court to enter an Order vacating its judgment and to dismiss the case as moot and mandate having been issued,

IT IS ORDERED that the Judgment entered on March 27, 2001 is vacated and the case is DISMISSED as MOOT.

                                                                 /s/ DENISE PAGE HOOD
                                                                 DENISE PAGE HOOD
                                                                  United States District Judge

DATED:  August 31, 2005